IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

THOMAS UKOSHOVBERA A. GBENEDIO,

Defendant.

CRIMINAL FILE NO.
1:17-CR-430-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 72] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 50]. The Government installed a pole camera that recorded the exterior of the Defendant's pharmacy and what little could be seen through the front windows of the establishment. The Defendant had no expectation of privacy as to the exterior of the pharmacy. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 50] is DENIED.

SO ORDERED, this 16 day of May, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge