IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS UKOSHOVBERA A. GBENEDIO,<br><br>Defendant. | CRIMINAL FILE NO.<br>1:17-CR-430-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 70] of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 35] and Motion to Dismiss [Doc. 60]. The Defendant's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Bill of Particulars [Doc. 35] and Motion to Dismiss [Doc. 60] are DENIED.

SO ORDERED, this 16 day of May, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\17\17cr430\dismiss.docx