**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **v.** | : | **CRIMINAL CASE NO.** |
| | | **1:17-CR-430-TWT-JSA** |
| **THOMAS UKOSHOVBERA A. GBENEDIO** | : | |
| | : | |

## REPORT AND RECOMMENDATION

In response to the Superseding Indictment [173], the Defendant filed a new Motion to Dismiss Counts [181] and Motion to Adopt Previously Filed Motions [182]. At the pretrial conference on July 20, 2020, Defendant's counsel confirmed that these filings represent no substantively-new motions separate and apart from and additional to Defendant's prior motions in this case, including his prior motions to dismiss. *See, e.g.,* [141]. Rather, as counsel confirmed, these filings are intended solely to preserve the Defendant's rights vis-à-vis these already-litigated matters that continue to apply to the superseding indictment.

Thus, the Court **RECOMMENDS** that that the Motion to Dismiss [181] be **DENIED** for the same reasons as articulated in the Court's prior Report and Recommendation [155] relating to Defendant's prior Motion to Dismiss [141], except that the Court does not reach the unnecessary question of whether the new Motion has been rendered timely by the Government's decision to

supersede.  Because the untimeliness of Defendant's prior Motions to Dismiss was not the sole basis to deny those motions, it is unnecessary to reach this question, and so the Court simply adopts the portion of its prior Report and Recommendation [155] that recommends denial of Defendant's dismissal arguments on the merits.

This matter is recertified as **READY FOR TRIAL**.

**IT IS SO RECOMMENDED** this 28th day of July, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE