IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS UKOSHOVBERA A. GBENEDIO,<br><br>Defendant. | CRIMINAL FILE NO.<br>1:17-CR-430-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 185] recommending denying the Defendant's Motion to Dismiss [Doc. 181]. For the reason set forth in the original Report and Recommendation [Doc. 155], the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 181] is DENIED.

SO ORDERED, this 8 day of July, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\17\17cr430\r&r2.docx