IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS UKOSHOVBERA A. GBENEDIO,<br><br>  Defendant. | CRIMINAL FILE NO.<br>1:17-CR-430-TWT |

**ORDER**

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 155] recommending denying the Defendant's Motion to Dismiss [Doc. 141] and the Report and Recommendation [Doc. 185] recommending denying the Defendant's Motion to Dismiss [Doc. 181]. The Defendant's Objections to the Report and Recommendations are largely moot in light of the Court's Order of July 9, 2021 [Doc. 213]. The Court approves and adopts the Report and Recommendations as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 141 & 181] are DENIED.

SO ORDERED, this 1 day of September, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\17\17cr430\r&rs.docx